## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| Jill Zink | : | |
| 9989 Wild Cherry Dr. | : | |
| Union, KY 41091 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -v- | : | **COMPLAINT AND JURY DEMAND** |
| | : | |
| Ty's Toy Box LLC. | : | |
| 1406 Jamike Dr. #8 | : | |
| Erlanger, KY 41018 | : | |
| | : | |
| Ty Simpson, President | : | |
| In his Individual and Representative | : | |
| Capacity | : | |
| 1680 Trace Drive | : | |
| Florence, KY 41042 | : | |
| | : | |
| Defendant, | : | |

### I.  PRELIMINARY STATEMENT

1.  This is an action alleging violation of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., (hereinafter "FLSA").  Redress sought by Plaintiff includes unpaid overtime compensation, liquidated damages, reasonable attorneys fees, court costs and any other relief warranted in the interests of justice.

### II.  JURISDICTION

2.  Jurisdiction is invoked pursuant to 28 U.S.C. §1331, inasmuch as the claim arises under the FLSA, 29 U.S.C. §201 et seq.  Jurisdiction is proper under 29 U.S.C. §216(b).

### III.  PARTIES

3.  Plaintiff Jill Zink was an employee of Defendant Ty's Toy Box L.L.C. and is now, and at all times relevant herein, a resident of the Commonwealth of Kentucky.

1

4. Defendant Ty's Toy Box L.L.C., is a limited liability company organized and existing under the laws of the Commonwealth of Kentucky and during all relevant times herein, the former employer of Plaintiff Jill Zink.

## IV. STATEMENT OF FACTS

5. Plaintiff Jill Zink was employed by Defendant Ty's Toy Box LLC from fall of 2004.

6. Plaintiff was compensated on an hourly basis by Defendant until October 2005.

7. Plaintiff was compensated by defendant on salary basis beginning October 2005.

8. Plaintiff's weekly salary equals $403.85 per week paid on a bi-weekly basis.

9. Plaintiff worked in excess of forty hours per week during the holiday season spanning from Thanksgiving through Christmas Day of 2005 and otherwise from time to time.

10. Plaintiff did not receive overtime compensation for hours worked in excess of forty hours per week.

## V. CLAIMS

### COUNT ONE: FAIR LABOR STANDARDS ACT

11. Paragraphs one through ten are incorporated herein as if fully rewritten

12. Plaintiff Jill Zink was employed by Defendant Ty's Toy Box LLC.

13. Defendant Ty's Toy Box LLC, is an employer, as defined by the FLSA, and is engaged in interstate commerce.

14. Plaintiff from time to time worked in excess of forty hours per week while employed by Defendant.

15. Plaintiff was not paid for hours worked in excess of forty hours per week at a rate of one and one-half times the regular rate.

16. Defendant's failure to compensate Plaintiff at one and one-half times the regular rate for hours worked in excess of forty hours per week violates the FLSA.

17. Defendant's violations of the FLSA were willful.

## VI.     COUNT TWO: PUNITIVE CONDUCT

18. Paragraphs one through seventeen are incorporated as if fully rewritten.

19. These actions were taken with actual malice and/or reckless disregard for Plaintiff's legal rights.

## VII.  PRAYER FOR RELIEF

20. Paragraphs one through nineteen are incorporated as if fully rewritten.

21. Plaintiff prays for judgment to be entered in her favor and against Defendant as follows:

   a. An award of unpaid overtime compensation in an amount to be determined at trial.

   b. An award of liquidated damages.

   c. An award of attorney's fees, interests, and costs.

   d. An injunction to prevent Defendant from denying overtime compensation to current and future eligible employees; and,

   e. Such other relief as is warranted in the interests of justice.

Respectfully submitted,

s/Elizabeth Zink Pearson
Elizabeth Zink Pearson (KY Reg.84158)
Trial Attorney for Plaintiff
Pearson & Bernard, PSC
1224 Highway Avenue
Covington, KY 41012
(859) 655-3700
(859) 655-3703 (fax)

## VII. JURY DEMAND

With the filing of this Complaint, Plaintiff hereby demands a jury on all issues so triable.

## VIII. CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed and sent to Defendant Ty's Toy Box L.L.C., 1405 Jamike Dr. #8, Erlanger, KY 41018, and 1680 Trace Dr., Florence, KY 41042, in care of its President, Ty Simpson, this _21st___ day of September, 2006.

 s/Elizabeth Zink-Pearson
Elizabeth Zink Pearson